IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) ~~Magistrate's No~~. Cr 05-21 Erie |
| | ) |
| RASHAAN LATEEF ARNEY | ) |

MOTION TO UNSEAL
INDICTMENT ARREST WARRANT

AND NOW, comes the United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Marshall J. Piccinini, Assistant United States Attorney for said district, and sets forth the following:

On May 17, 2005, a federal grand jury returned an Indictment and an Arrest Warrant was issued in the above-captioned case.

The Indictment and Arrest Warrant were then ordered sealed pending arrest of the above-captioned individual.

Law enforcement officers now believe that the defendant is aware that he is wanted and he is currently a fugitive.

WHEREFORE, this Honorable Court is respectfully requested to unseal the said Indictment and Arrest Warrant due to the fact there is no further need for the Indictment and Arrest Warrant to remain sealed.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

MARSHALL J. PICCININI
Assistant U.S. Attorney
PA ID No. 56362