IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | cr |
| v. | ) | ~~Magistrate's No~~. 05-21 Erie |
| | ) | |
| RASHAAN LATEEF ARNEY | ) | |

ORDER

AND NOW, to wit, this 4th day of August, 2005, it appearing to the Court that the above-captioned individual is aware of an Arrest Warrant issued for him in the above-captioned case and is currently a fugitive, and upon the representation of the United States Attorney's Office that there is no further necessity that the Indictment and Arrest Warrant remain sealed,

IT IS HEREBY ORDERED that the Indictment and Arrest Warrant filed at the above number and sealed on May 17, 2005, be unsealed as of August 4th, 2005.

_Susan Paradise Baxter_
UNITED STATES MAGISTRATE JUDGE