≈AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____WESTERN_____   District of   _____PENNSYLVANIA_____

UNITED STATES OF AMERICA

V.

RASHAAN LATEEF ARNEY
344 East 23rd Street
Erie, PA 16503

**WARRANT FOR ARREST**

Case Number:   **CRIMINAL NO. 05-21 ERIE**
**UNDER SEAL**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____RASHAAN LATEEF ARNEY_____
                                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X  Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with   (brief description of offense and 'in violation of Title _ of U.S.C., Section(s) _')

| | | |
|---|---|---|
| Count 1 | 21 U.S.C. Sections 841(a)(1) and 841(b)(1)(A)(iii) | Possession with intent to distribute and distribution of fifty (50) grams or more of cocaine base |

Nicole M. Kierzek
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

May 17, 2005            Erie, PA
Date and Location

Bail fixed at $ _____ To be set _____ by _____ United States Magistrate Judge _____
                                                                                Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant RASHAAN LATEEF ARNEY | | |
| DATE RECEIVED 5/17/05 DATE OF ARREST 8/8/05 | NAME AND TITLE OF ARRESTING OFFICER SA Jason T. Crouse, FBI | SIGNATURE OF ARRESTING OFFICER SA [signature] T. Cr— |