# RECORD OF MAGISTRATE'S PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET # |
| vs | DATE OF COMPLAINT |
| Rashaan Lateef Arney | CRIMINAL DOCKET NUMBER  CR 05-21 Erie |
| | DATE OF INDICTMENT  5/17/05 |
| | STATUTE: |

DATE ARRESTED: 8/8/05

## INITIAL APPEARANCE

| Before Magistrate | | | | | |
|---|---|---|---|---|---|
| | [ ] SENSENICH | [ ] CAIAZZA | Date: 8/9/05 | Casette Tape # | |
| | [ ] MITCHELL | [X] McLaughlin | Time: 2:40 pm | Tape Index: | |
| | [ ] HAY | [ ] PESTO | | | |

U.S. ATTORNEY: Marshall J. Piccinini, Esq.   Reporter: Ron Bench

1. RIGHTS EXPLAINED

2. COMPLAINT/INDICTMENT/INFORMATION:
   - [✓] Read
   - [ ] Summarized
   - [ ] Reading waived
   - [✓] Defendant provided with a copy of the charges
   - [ ] Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES
   - [✓] Read
   - [ ] Summarized
   - [ ] Reading waived

4. COUNSEL
   - [✓] Defendant requested appointment
   - [ ] Defendant waived appointment
   - [ ] Defendant represented by:
   - [ ] Defendant expects to retain:
   - [✓] Affidavit executed.
   - [ ] Not Qualified
   - [✓] Qualified
   - [ ] with possible requirement for partial or full payment
   - [✓] Federal Public Defender appointed
   - [ ] CJA Panel Attorney _____ appointed

5. BAIL
   - Recommended Bond:
   - Bond Set at:
   - [ ] By Consent
   - [ ] Additional Conditions Imposed:
   - [ ] By Magistrate
   - [ ] Bond Posted
   - [X] Temporary Commitment issued
   - [ ] Final Commitment issued
   - Bond Review Hearing Set For:
   - Detention Hearing Set For: Friday, 8/12/05 at 2:00 p.m.

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/~~ARRAIGNMENT~~
   Preliminary Exam/Rule 40/Arraignment set for: 8/12/05   Before Magistrate Baxter

ADDITIONAL COMMENTS: 2:00 p.m.