## APPLICATION FOR APPOINTMENT OF COUNSEL

**DEFENDANT: RASHAAN LATEEF ARNEY**

**CRIMINAL NO.: 05-21 Erie**

**DATE: August 9, 2005**

### DEFENDANT'S REQUEST

I HEREBY REQUEST THAT COUNSEL BE APPOINTED, REALIZING I COULD BE REQUIRED TO REIMBURSE THE GOVERNMENT IN FULL OR IN PART FOR THE ATTORNEY'S FEE.

_____
(Defendant's signature)

### DISTRICT JUDGE'S DETERMINATION

**DETERMINATION:** COUNSEL SHOULD BE APPOINTED UPON THE DEFENDANT'S UNDERSTANDING THAT HE/SHE COULD BE REQUIRED BY THE COURT TO REIMBURSE THE GOVERNMENT IN FULL OR IN PART FOR THE ATTORNEY'S FEE. THIS DETERMINATION MAY BE MADE BY THE COURT AT THE CONCLUSION OF THE CASE.

s/Sean J. McLaughlin
_____
SEAN J. McLAUGHLIN
UNITED STATES DISTRICT JUDGE