# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
)
)
Plaintiff )
vs. )   No.   CR 05-21 Erie
Rashaan Lateef Arney )
)
)
Defendant )

HEARING ON   August 12, 2005   Detention Hearing

Before   U. S. Magistrate Judge Susan Paradise Baxter

Marshall J. Piccinini, Esq., AUSA        Thomas W. Patton, Esq., Federal P.D.

Appear for Plaintiff                     Appear for Defendant

Hearing Begun   2:04 p.m.                Hearing Adjourned to

Hearing concluded C.A.V.   3:16 pm       Stenographer   Ron Bench
                                         CD:              Index:

WITNESSES

For Plaintiff                            For Defendant

After testimony & argument, the Court rules to detain defendant pre-trial. Written order to follow.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __PENNSYLVANIA__

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | Case Number: CR 05-21 ERIE |
| RASHAAN LATEEF ARNEY | |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Susan Paradise Baxter | Marshall J. Piccnini, Esq., AUSA | Thomas W. Patton, Esq., Federal P.D. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| August 12, 2005 | Ron Bench | Leslie R. Wallen |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 8-12-05 | | | Jason Crause, Special Agent - FBI |
| | ✓ | 8-12-05 | | | Vivean Matthews - Mother of Defendant |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages