IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
VS. ) CR. NO. 05-21 ERIE
)
RASHAAN LATEEF ARNEY )

MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

1. DATE OF ARRAIGNMENT: 8/12/05

2. DEFENDANT IS:   __X__ INCARCERATED
   _____ ON BOND

3. DEFENDANT ENTERED A PLEA OF NOT GUILTY ✓

4. THE PARTIES WERE ADVISED ALL PRE-TRIAL MOTIONS MUST BE FILED WITHIN TEN (10) DAYS. ✓

5. A RULE 16 CONFERENCE:  ✓ HAS BEEN HELD
   _____ HAS NOT BEEN HELD

6. DISCOVERY IS:   _____ COMPLETED
   ✓ NOT COMPLETED

7. DEFENDANT HAS REQUESTED TO BE TRIED BY:   ✓ JURY
   _____ NON-JURY

8. ALL PARTIES HAS BEEN ADVISED THAT THE MATTER:

   _____ HAS BEEN SCHEDULED FOR TRIAL _____
   BEFORE U.S. DISTRICT JUDGE MAURICE B. COHILL, JR.
   ✓ HAS NOT BEEN SCHEDULED FOR TRIAL

9. ESTIMATED TRIAL TIME: _____

10. OTHER: _____

s/Susan Paradise Baxter
_____
SUSAN PARADISE BAXTER
United States Magistrate Judge