IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-21   Erie |
| | ) |
| RASHAAN LATEEF ARNEY | ) **(Under Seal)** |

### ARRAIGNMENT PLEA

Defendant Rashaan Lateef Arney being arraigned, pleads _Not Guilty_ in open Court this _12_ day of _August_, 2005.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)