IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     ) Criminal No. 05-21 Erie<br>)<br>RASHAAN LATEEF ARNEY     ) | |

**MOTION TO EXTEND THE TIME FOR THE**
**FILING OF PRETRIAL MOTIONS**

AND NOW, comes the defendant, RASHAAN LATEEF ARNEY, by his attorney, Thomas W. Patton, Assistant Federal Public Defender, and respectfully moves this Honorable Court for an Extension of Time to File Pretrial Motions, and in support thereof sets forth as follows:

    1.   The defendant, Rashaan Lateef Arney, has been charged in a one-count indictment with a violation of Title 21, U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(iii); possession with intent to distribute and distribution of crack cocaine.

    2.   On or about August 12, 2005, an arraignment was held before United States District Magistrate Judge Susan Paradise Baxter.

    3.   Pursuant to Local Criminal Rule 16 and Federal Rule of Criminal Procedure 45(a), certain types of pretrial motions are due on August 26, 2005.

    4.   Additional time is needed to complete counsel's investigation of the facts and law before informed decisions can be made concerning the filing of pretrial motions.

5. Accordingly, counsel requests an additional thirty (30) within which to file pretrial motions.

WHEREFORE, defendant, Rashaan Lateef Arney, respectfully requests an extension of thirty (30) days to file pretrial motions.

Respectfully submitted,

/s/ Thomas W. Patton
Thomas W. Patton
Assistant Federal Public Defender
PA ID #88653