IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> RASHAAN LATEEF ARNEY ) <br> ) <br> ) | CRIM 05-21  ERIE |

## NOTICE

The above entitled case is set for  CHANGE OF PLEA

on  December 5, 2005  at  2:30 PM  in Courtroom A, 2nd Floor, U.S. Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

_Richard Witas_
Richard Witas, Courtroom Deputy Clerk

Date:   November 2, 2005

Copies to:   Marshall Piccinini, AUSA
Thomas W. Patton, AFPD

Pretrial Services
Probation Office-ERIE-Pgh
U.S. Marshal-ERIE-Pgh