MEMORANDUM OF NON-JURY TRIAL

# United States District Court
## For the Western District of Pennsylvania

UNITED STATES OF AMERICA

Plaintiff

vs.                          No. CRIM 05-21 ERIE

RASHAAN LATEEF ARNEY (1)

Defendant

**HEARING ON** CHANGE OF PLEA

Before Judge MAURICE B. COHILL, JR.,

MARSHALL J. PICCININI, AUSA        Thomas W. Patton, AFPD

*Appear for Plaintiff*              *Appear for Defendant*

Hearing begun 2:30  12-5-05        Hearing adjourned to —

Hearing concluded C. A. V. 3:00 12-5-05   Stenographer R. Bench

**WITNESSES:**

*For Plaintiff*                     *For Defendant*

D. sworn, found competent to plead.
Standard plea colloquy given.
D. changes plea to "Guilty" as to Count I only.
Sentencing date: March 13, 2006 at 1:30