AND NOW, the defendant in the above-entitled case hereby withdraws his plea of not guilty entered _August 1st, 20 05_, and now pleads guilty in open court this _8th_ day of _December_ 20 _05_ as to Count I. only

_____
Rushown Ari
Defendant

Thomas Patton