IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.    ) | CRIM    05-21 ERIE |
| ) | |
| RASHAAN LATEEF ARNEY    (1)   ) | |
| ) | |

NOTICE

The above entitled case is set for ___SENTENCE___

on ___March 13, 2006___ at ___1:30 PM___ in Courtroom A, 2nd Floor, U.S. Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

Richard Witas, Courtroom Deputy Clerk

Date:  Dec. 5, 2005

Copies to:    Marshall Piccinini, AUSA
Thomas Patton, AFPD

Pretrial Services
Probation Office - ERIE-Pgh
U.S. Marshal - ERIE - Pgh