# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America   )
                           )
                           )
                           )
                 vs.       )      Cr. 05-21 Erie
                           )
Rashaan Lateef Abney       )
                           )
              Defendants   )

HEARING ON   Sentence

Before   Judge Cohill

Marshall Piccinini                    Thomas Patton

_Appear for Plaintiff_                _Appear for Defendant_

Hearing Begun   1:30 p.m.  3-13-06     Hrg Adjourned to

Hrg concluded C.A.V.  2:00 p.m, 3-13-06   Stenographer  D. Grille

### WITNESSES
For Plaintiff                         For Defendant

29 IV; 140-175 months' imprisonment; 5 years supervised release; $15,000 - 4,000,000 fine; $100 special assessment

Defendant makes argument for sentence of a statutory mandatory minimum of 120 months.

Defendant is sentenced to 160 months' imprisonment; 5 years of supervised release; fine is waived; $100 special assessment.