IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Criminal Number 05-21E |
| | ) | |
| RASHANN ARNEY | ) | |

The above named defendant satisfied the judgment of MARCH 13, 2006 by paying on JUNE 11, 2007 the full balance due on his/her court ordered:

      __X__ Assessment
      _____ Fine
      _____ Costs
      _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____   7-27-07
Deputy Clerk                                Date

U.S. DISTRICT COURT
CLERK
2007 JUL 27 AM 11:44