UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-2067

UNITED STATES OF AMERICA

v.

RASHAAN LATEEF ARNEY,
    Appellant

Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Criminal No. 05-cr-00021E)
District Judge: Honorable Maurice B. Cohill, Jr.

Submitted Under Third Circuit LAR 34.1(a)
September 12, 2007

Before: RENDELL, FUENTES and CHAGARES, Circuit Judges.

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on September 12, 2007. On consideration whereof, it is now here

ORDERED and ADJUDGED by this Court that the Judgment and Commitment Order of the District Court entered on March 15, 2006, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Marcia M. Waldron, Clerk

Dated: September 25, 2007